IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| R WAYNE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:16cv976-MHT |
| U.S. POSTAL SERVICE, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff, a prisoner in the custody of the Texas Department of Criminal Justice, filed this lawsuit alleging a violation of his First and Fourth Amendment rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of March, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE